UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVE MONTAGUE,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br><br>ROBERT M. CULLEY, *et al.,*<br><br>　　　　　　　　　　Respondents. | Case No. 2:18-cv-01780-GMN-BNW<br><br>ORDER |

Court mail has been returned from the last institutional address given by petitioner with a notation reflecting that he no longer is at the institution. (See ECF No. 7.) Petitioner has not filed an updated notice of change of address. As petitioner has failed to comply with Local Rule LR IA 3-1, which requires that he immediately file written notification of any change of address,

IT THEREFORE IS ORDERED that this action shall be dismissed without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS May 20, 2019

_____
Gloria M. Navarro, Chief Judge
United States District Court

1